MEYER LEVY, Plaintiff, and TILLIE FREEDMAN et al., Respondents, v. J. F. CONTRACTING Co., INC., et al., Appellants, et al., Defendants.— Upon this record the judgment appealed from herein is excessive. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Bergan, JJ.

In the Matter of KATE PAPERT, Appellant, against J. EDWARD CONWAY et al., Constituting the Civil Service Commission of the Department of Civil Service of the State of New York, et al., Respondents.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

HENRY B. WESSELMAN et al., as Executors of BLANCHE WESSELMAN, Deceased, Respondents, v. GUSTAVE ENGEL, Appellant, et al., Defendants.— Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

In the Matter of the Arbitration between CAULDWELL-WINGATE COMPANY, Appellant, and WANDER IRON WORKS Co., Respondent.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.; Cohn and Callahan, JJ., dissent and vote to reverse and deny the motion for an order directing arbitration, upon the ground that the matter in dispute was not arbitrable under the contract.

THOMAS C. LANGHORNE et al., Respondents, v. EDWARD MAY, Appellant.— The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.